1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

2007 AUG -9  A 11: 48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 07 00529 PVT |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. §13 – assimilating California Vehicle Code § 14601.2(a) - Driving with Suspended License for Driving under the Influence; 18 U.S.C. §13 – assimilating California Vehicle Code § 22349(b) - Driving a Vehicle upon a Two-Lane undivided Highway at Speed greater than 55 mph |
| v. | |
| JOSE A. TRUJILLO, | |
| Defendant. | |
| | ) SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:  (18 U.S.C. §13 – assimilating California Vehicle Code § 14601.2(a) - Driving with Suspended License for Driving under the Influence)

On or about April 8, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

JOSE A. TRUJILLO,

did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was

INFORMATION

1  suspended for a conviction of driving under the influence of an alcoholic beverage, and when
2  he had knowledge of said suspension, in violation of Title 18, United States Code, Section 13,
3  assimilating California Vehicle Code § 14601.2(a), a class B misdemeanor.

5  COUNT TWO:  (18 U.S.C. §13 – assimilating California Vehicle Code § 22349(b) -
               Driving a Vehicle upon a Two-Lane undivided Highway at Speed greater
6              than 55 mph)

7  On or about April 8, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern
8  District of California, an area within the special maritime and territorial jurisdiction of the United
9  States, the defendant,

10                              JOSE A. TRUJILLO,

11 did unlawfully drive a vehicle upon a two-lane undivided highway at a speed greater than 55 mile
12 per hour, in violation of Title 18, United States Code, Section 13, assimilating California Vehicle
13 Code § 22349(b), an infraction.

16 DATED: 8/7/2007                        SCOTT N. SCHOOLS
17                                        United States Attorney

20                                        DAVID R. CALLAWAY
                                          Deputy Chief, San Jose Office

23 (Approved as to form: _____ )
                SAUSA Nelson

INFORMATION                             2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

FILED
2007 AUG -9  A 11:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SEET

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
SEE ATTACHMENT TO PENALTY SEET

**DEFENDANT - U.S.**
▶ JOSE A. TRUJILLO

**DISTRICT COURT NUMBER**
CR 07 00529 PVT

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FHLPD

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Amy J. Nelson, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶        Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☑ Initial Appearance

Defendant Address:
222 Chardonnay Drive
Greenfield, CA  93927

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: October 1, 2007 at 8:00am

Before Judge: Magistrate Judge ~~Howard R. Lloyd~~ Richard Seeborg

Comments:

## ATTACHMENT TO PENALTY SHEET
## U.S. v. TRUJILLO

**COUNT ONE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 14601.2(a) – Driving while license suspended for driving under the influence of alcohol or drugs.

> Penalties:   Mandatory Minimum: 10 days and $300.00 fine
> Maximum Penalties:
> 6 Months imprisonment
> $1000.00 fine

**COUNT TWO:** 18 U.S.C. Section 13, assimilating California Vehicle Code Section 22349(b) – Driving a vehicle on an undivided two lane highway at a speed greater than 55 mph.

> Penalties:   Mandatory Minimum: N/A
> Maximum Penalties:
> $146.00 fine