AMY J. NELSON
Special Assistant United States Attorney

Office of the Staff Judge Advocate
1336 Plummer Street, Building 275
Monterey, California 93944

Attorney for Government

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SALINAS BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Prosecutor<br><br>    v.<br><br>JOSE A. TRUJILLO,<br><br>    Defendant | UNITED STATES' MOTION<br>AND PROPOSED ORDER TO<br>DISMISS CASE CR-07-00529-PVT |

**UNITED STATES' MOTION TO DISMISS**

1. The United States moves that the case against the above named defendant, CR-07-00529-PVT, be dismissed.

2. The United States makes this motion in the interests of Justice.

Dated: 13 December 2007

Respectfully submitted,

_____
AMY J. NELSON
Special Assistant United States Attorney

**ORDER**

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: _____ 2007

_____
HOWARD R. LLOYD
United States Magistrate Judge