AMY J. NELSON
Special Assistant United States Attorney

Office of the Staff Judge Advocate
1336 Plummer Street, Building 275
Monterey, California 93944

Attorney for Government

**FILED**

MAR 1 8 2009

CLERK, U.
NORTHERN DISTRICT
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SALINAS BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>     Prosecutor               )<br>                              )<br>     v.                       )<br>                              )<br>JOSE A. TRUJILLO,             )<br>                              )<br>     Defendant                )<br>_____) | UNITED STATES' MOTION<br>AND ~~PROPOSED~~ ORDER TO<br>DISMISS CASE CR-07-00529-PVT |

**UNITED STATES' MOTION TO DISMISS**

1. The United States moves that the case against the above named defendant, CR-07-00529-PVT, be dismissed.

2. The United States makes this motion in the interests of Justice.

Dated: 13 December 2007

Respectfully submitted,

*/s/ Amy J. Nelson*
AMY J. NELSON
Special Assistant United States Attorney

**ORDER**

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: 3/18  2009

*/s/ Patricia V. Trumbull*
~~HOWARD R. LLOYD~~
United States Magistrate Judge